to subserve the convenience of witnesses and promote the ends of justice affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

EMMA F. SOBIESKI and Others, Executors, etc., of JULIA HARSCHE, Deceased, Respondents, v. MERCEDES BENZ CO., INC., and ANNA NOVICK, Appellants.— Judgment as to defendant Mercedes Benz Co., Inc., unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ. Judgment as against defendant Anna Novick reversed on the law and the facts and a new trial granted, costs to appellant to abide the event, on the ground that the verdict of the jury on the question of negligence is against the weight of the evidence. Lazansky, P. J., Scudder and Tompkins, JJ., concur; Carswell and Davis, JJ., dissent and vote to affirm.

MORRIS TEICH and ISIDORE GRESHKON, Appellants, v. CONDUIT LAND CORPORATION, Respondent.— Order and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JOSEPH WEISS, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Order granting motion to vacate order of preclusion modified so as to provide that the order be granted upon payment by plaintiff of ten dollars costs and disbursements on or before January 11, 1932, and as so modified affirmed, without costs; the bill of particulars to be served on or before January 11, 1932. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

IRVING J. WHITE, Respondent, v. JOHN H. DAHN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

MATILDA BALDWIN WILLIAMS, Respondent, v. CHARLES AUGUST LAUFER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JACOB MECHANECK, Appellant, v. LOUIS SENDROWITZ and Others, Respondents. — Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

## THIRD DEPARTMENT, DECEMBER, 1931.

M. E. LIDDY, Respondent, v. MOSES ROSENFIELD, Appellant.— Motion to dismiss appeal granted, by default, with ten dollars costs.

In the Matter of the Estate of EDGAR VAN WORMER, Deceased.— Motions to dismiss appeal granted.

In the Matter of the Claim of ELLA ROWITZ and Another, Respondents, against MONROE UNION OIL COMPANY, INC., Impleaded with GUARDIAN CASUALTY COMPANY, Respondent, and LONDON GUARANTEE & ACCIDENT COMPANY, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Decision amended so as to read as follows: Award unanimously affirmed, with costs to the respondent Guardian Casualty Company against London Guarantee & Accident Company, Ltd., Appellant.